■ In the Matter of KENNETH CARTER et al., Respondents, v CITY OF NEW YORK, Respondent, and NEW YORK CITY TRANSIT AUTHORITY, Appellant. [772 NYS2d 567]—In a proceeding for leave to serve a late notice of claim pursuant to General Municipal Law § 50-e, the New York City Transit Authority appeals from an order of the Supreme Court, Richmond County (Mega, J.), dated December 17, 2002, which granted the application.

Ordered that the order is affirmed, with costs.

The Supreme Court providently exercised its discretion in granting the petition for leave to serve a late notice of claim (see General Municipal Law § 50-e [5]; *Matter of Dubowy v City of New York*, 305 AD2d 320 [2003]; *Matter of Affleck v County of Nassau*, 240 AD2d 569 [1997]; *Rosenblatt v City of New York*, 160 AD2d 927 [1990]). Krausman, J.P., Schmidt, Cozier and Mastro, JJ., concur.

■ In the Matter of CIVIL SERVICE EMPLOYEES ASSOCIATION, Respondent, v COUNTY OF NASSAU, Respondent, and NASSAU HEALTH CARE CORPORATION, Appellant. [772 NYS2d 567]—In a proceeding pursuant to CPLR article 75 to confirm an arbitration award, Nassau Health Care Corporation appeals, as limited by its brief, from so much of an order of the Supreme Court, Nassau County (Jonas, J.), entered November 27, 2002, as granted that branch of the petition which was to confirm so much of an arbitration award as was in favor of the petitioner and against it, confirmed that part of the award, and denied its motion to dismiss the petition pursuant to CPLR 3211 (a) (7) insofar as asserted against it.

Ordered that the order is affirmed insofar as appealed from, with costs.

Under the circumstances, so much of the arbitration award which was in favor of the petitioner and against the appellant was properly confirmed, as there was no evidence that it was affected by any of the factors listed under CPLR 7511 (see *Matter of Carinci v Friedman*, 301 AD2d 600 [2003]; CPLR 7510).

The appellant's remaining contentions are without merit. Altman, J.P., S. Miller, Luciano and Rivera, JJ., concur.